IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MS BANK S.A. BANCO DE CAMBIO,<br><br>*Plaintiff*,<br><br>v.<br><br>CBW BANK,<br><br>*Defendant.* | Case No. 5:20-CV-04049 |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both MS Bank S.A. Banco de Cambio, and CBW Bank, stipulate to the immediate dismissal of all claims in this case, without prejudice, and with both sides to pay their own costs, including attorney's fees.

/s/ Christopher M. McHugh
cmchugh@josephhollander.com
926 Cherry St., Suite 200
Kansas City, Missouri 64106
T: (816) 297-0799
F: (816) 787-1379

*Attorney for the Defendant*

/s/ Michael J. Abrams
michael.abrams@lathropgpm.com
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108
T: (816) 292-2000
F: (816) 292-2001

/s/ Andrew Ittleman (*pro hac vice*)
aittleman@fidjlaw.com
One Southeast Third Ave., Suite 1800
Miami, Florida 33131
T: (305) 350-5690
F: (305) 371-8989

*Attorneys for the Plaintiff*